FILED
2019 MAR 12 PM 12:58

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Benjamin Meir

PLAINTIFF

USMS# _____

DEFENDANT

CASE NUMBER: **19MJ01008**

## REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 3/11/19  1:00  ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18  21 USC 841(a)

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☐ No  ☒ Yes  Language: _____

7. Year of Birth: 1987

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Smith

10. Remarks (if any): _____

11. Name: David Schwartz (please print)
12. Office Phone Number: 213-238-0810
13. Agency: USSS
14. Signature: [signature]
15. Date: 3/12/19

CR-64 (05/18)                REPORT COMMENCING CRIMINAL ACTION