NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
KEVIN REIDY (Cal. Bar No. 320583)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8536
    Facsimile: (213) 894-0141
    E-mail:   Kevin.Reidy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-00170-CJC |
|---|---|
| Plaintiff, | NOTICE OF REASSIGNMENT OF CASE |
| v. | |
| BENJAMIN MEIR, | |
| Defendant. | |

Plaintiff United States of America, hereby gives notice that the above-captioned case has been assigned to a new Assistant United States Attorney ("AUSA") as follows:

| | Name | E-mail Address |
|---|---|---|
| Previously Assigned AUSA | Roger Hsieh | Roger.Hsieh@usdoj.gov |
| Newly Assigned AUSA | Kevin Reidy | Kevin.Reidy@usdoj.gov |

Please make all necessary changes to the court's Case Management/Electronic Case Filing to ensure that the newly assigned

AUSA Kevin Reidy is associated with this case and receives all e-mails relating to filings in this case.

Dated: April 1, 2019          Respectfully submitted,

                              NICOLA T. HANNA
                              United States Attorney

                              LAWRENCE S. MIDDLETON
                              Assistant United States Attorney
                              Chief, Criminal Division


                                    /s/
                              KEVIN REIDY
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA