SHAUN KHOJAYAN (197599)
515 S. Flower St., 19th Floor
Los Angeles, CA 90071
Tel.: 310-274-6111
Email: shaun@khojayan.com
Attorney for Defendant Benjamin Meir

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 19-cr-00170-CJC |
| v. | |
| BENJAMIN MEIR, | **APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |
| DEFENDANT. | |

Application is made by ☐ plaintiff ☑ defendant _Benjamin Meir_
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge _Patrick J. Walsh_ by order dated: _3/15/2019_

   ☑ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
   ☐ ordering release upon certain conditions, or
   ☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

Defendant's father and mother are willing to be sureties for defendant Benjamin Meir's release. They are willing to sign unsecured signature bonds in the amount of $30,000 each for a total of $60,000. The defense also agrees to electronic monitoring and drug treatment. Specifically, defendant and his sureties would propose his release to Beit T'Shuvah Residential Treatment and Prevention Center and inpatient treatment there as recommended by pretrial services.

Relief sought *(be specific):*

Bond be set in the amount of $60,000 secured by the signatures of defendant's father and mother (David and Karen Meir) in the amount of $30,000 each for a total of $60,000. Electronic monitoring and drug treatment as recommended by pretrial services including in patient drug treatment. Assuming that the drug treatment facility allows electronic monitoring, the AUSA AGREES WITH THE BOND PROPOSED.

Counsel for the defendant and plaintiff United States Government consulted on _5/3/19 AUSA agreed._
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on _5/3/2019_ .

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

| _5/3/2019_ | s/ Shaun Khojayan |
|---|---|
| Date | Moving Party |

APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF
RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING

CR-88 (06/07)