## United States Pretrial Services

United States District Court
Central District of California



Michelle A. Carey
Chief Probation & Pretrial Services Officer

Douglas B. Bys
Deputy Chief Probation & Pretrial Services Officer



FILED
CLERK, U.S. DISTRICT COURT

JUN - 4 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

June 4, 2019

United States District Court
Los Angeles, California

           Re:   **Release Order Authorization**
              **Defendant: Meir, Benjamin**
              **Docket No.: 2:19CR-00170-01**

To Whom It May Concern:

On May 13, 2019, the defendant's bond was set by the Honorable John E. McDermott. Special conditions of the bond include: **RELEASE TO PRETRIAL SERVICES ONLY,** for placement in residential treatment program.

Please be advised that the defendant has been found acceptable for placement in a residential treatment program and bed space is presently available.

If you determine that the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

                   Sincerely,

                   *Sam Hernandez*

                   Sam Hernandez
                   Senior U.S. Pretrial Services Officer
                   (213) 894-3690

| Headquarters | Riverside Branch | Santa Ana Branch |
|---|---|---|
| Edward R. Roybal Federal Building and U.S. Courthouse | George E. Brown, Jr. Federal Building and U.S. Courthouse | Ronald Reagan Federal Building and U.S. Courthouse |
| 255 East Temple Street, Suite 1410 | 3470 Twelfth Street, Suite 161 | 411 West Fourth Street, Suite 4070 |
| Los Angeles, CA 90012-3332 | Riverside, CA 92501-3801 | Santa Ana, CA 92701-4596 |
| 213-894-4726 / FAX 213-894-0231 | 951-328-4490 / FAX 951-328-4489 | 714-338-4550 / FAX 714-338-4570 |