NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
KEVIN B. REIDY (Cal. Bar No. 320583)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8536
     Facsimile: (213) 894-0141
     E-mail:    kevin.reidy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-00170-CJC |
|---|---|
| Plaintiff, | GOVERNMENT'S SUPPLEMENTAL SENTENCING POSITION |
| v. | |
| BENJAMIN MEIR, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Kevin Reidy, hereby files its Supplemental Sentencing Position.

//

//

The government submits this Supplemental Sentencing Position in order to amend its recommendation for defendant Benjamin Meir ("defendant"). In its sentencing memorandum, the government recommended a five-year term of probation. (Dkt. 38 at 1.) However, U.S.S.G. § 5B1.2(a) provides that the term of probation imposed should be no more than three years when the total offense level is less than 6. Under the terms of the parties' plea agreement, the government maintains that the total offense level is 4. (Dkt. 38 at 1.) Accordingly, the government recommends a sentence of three years' probation and a mandatory special assessment of $100.

Dated: January 17, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

         /s/
KEVIN B. REIDY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA