UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 19-00170-CJC | Date | January 27, 2020 |
|---|---|---|---|

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Gabriela Garcia | Debbie Hino-Spaan | Kevin Reidy |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Benjamin Meir | X | | X | Shaun Khojayan, CJA | X | X | |

**PROCEEDINGS:**   SENTENCING

Sentencing hearing held.   See separate Judgment and Commitment Order.

00 : 23

Initials of Deputy Clerk   gga

cc: PSA