*United States Probation & Pretrial Services*

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Jeffrey Thomason
Acting Chief Probation & Pretrial Services
Officer

✎PROB 35
(Rev.  5/01)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

Central District of California

UNITED STATES OF AMERICA

      v.                             Docket No.     2:19-CR-00170-CJC-1

Benjamin Meir

     On January 27, 2020, the above named was placed on supervised release for a period of 36 months. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

                                Respectfully submitted,

                                  JEFFREY OCHEITA   /S/

                                U. S. Probation & Pretrial Services Officer

ORDER OF COURT

     Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   15th   Day of   September  , 20 21 .

                                United States District Judge